UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  3:12-00136 |
| v. | ) NO. 12-2028 MK, 12-2033 MK |
| | ) MAGISTRATE JUDGE KNOWLES |
| CHRISTOPHER N. BONICK | ) ) |

## ORDER

The Government has moved that the Court direct the Clerk's Office to unseal the Search Warrants and Applications in the above-styled case on the basis that the Arrest Warrant has been executed and there is no further need for the Search Warrants and Applications to remain sealed.

It is therefore ORDERED that the Clerk is directed to unseal the Search Warrants and Applications in the above-styled matter for the reason herein stated.

This 23rd day of July, 2012.

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE