IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00136 Chief Judge Haynes |
| CHRISTOPHER BONICK | ) ) | |
| Defendant. | ) ) | |

### ORDER

The hearing on the Defendant's motions in this action is **re-set** for **Thursday, October 25, 2012 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the __16th__ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court