IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-00136 |
| | ) Chief Judge Haynes |
| CHRISTOPHER N. BONICK, | ) |
| Defendant. | ) |

# ORDER

A hearing on all motions to suppress (Docket Entry Nos. 36, 42, 43 and 46) is set for **Friday, April 12, 2013 at 10:00 a.m.**

It is so **ORDERED**.

ENTERED this the 21st day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court