# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

CHRISTOPHER N. BONICK         Case No. 3:12-cr-00136

**DEFENDANT'S FIRST MOTION TO SUPRESS STATEMENTS
AND ALL EVIDENCE OBTAINED AS A CONSEQUENCE OF THOSE STATEMENTS**

Christopher Bonick, Defendant, by and through his attorney of record, moves the Court for an order suppressing the entire content of the following identified statements contained in interviews and interrogations of the Defendant conducted by law enforcement officers and suppressing any and all information obtained by law enforcement as a consequence of the information obtained through the interrogations of the Defendant.

The statements made by the Defendant that are sought to be suppressed were the result of interrogations conducted on or about the following dates:

January 5, 2012, at Defendant's residence (#1 Interrogation);

January 9, 2012, at Defendant's residence (#2 Interrogation) ; and

April 4, 2012, at a location in which Defendant was in custody (#3 Interrogation).

Defendant claims that the admissibility of the statements made by him during each one and all of the Interrogations #1, #2, and #3 would violate Defendant's right to counsel protected by the Sixth Amendment to the Constitution of the United States of America and his right and privilege against self-